FILED:  October 23, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2145
(5:23-cv-00616)

_____

MICHAEL C. SHERIDAN, on behalf of Himself and all others similarly situated

      Plaintiff - Appellee

v.

ALLY FINANCIAL INCORPORATED

      Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Joint appendix due: 12/18/2025

Opening brief due: 12/18/2025

Response brief due: 02/06/2026

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk